ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

SEP 0 2 2008

Clerk, U.S. District and
Bankruptcy Courts

In Re Subpoena in            )
                             )
UNITED STATES                )
                             )
                             )
                             )
                             )
                             )
v.                           ) Misc. No.
                             )
RODNEY DOIBERRY              )
                             ) Case: 1:08-mc-00554
                             ) Assigned To : Kennedy, Henry H.
                             ) Assign. Date : 9/2/2008
                             ) Description: Miscellaneous
                             )

## NOTICE OF REMOVAL OF SUBPOENA

The United States Attorney for the District of Columbia hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1442(a)(1), 1446, and Brown & Williamson Tobacco Corp. v. Williams, 62 F.3d 408, 412-415 (D.C. Cir. 1995). In support of that notice, the following facts are relied upon:

1. The United States Department of Defense is in receipt of a subpoena *in forma pauperis duces tecum* purportedly issued under authority of the Superior Court of the District of Columbia in a criminal case now pending in that court.

2. A copy of the Subpoena is attached to this notice. See Exhibit 1.

3. The subpoena purports to direct the Custodian of Records or Authorized Designee for the United States Department of Defense ("DoD") to appear in Superior Court of the District of Columbia on the 3rd day of September, 2008 at 9:30 am and to bring "[a]ny and all employment records including but not limited to dates of employment, complaints, injury reports and circumstances of discharge for Ms. Bernadette Mahoney."

4. Accompanying this notice is a copy of a Motion To Quash Subpoena, which raises defenses relying on federal law and raising federal questions.

5. This notice of removal is brought pursuant to 28 U.S.C. §§ 1442(a), 1446, and Brown

No fee req.

& Williamson Tobacco Corp. v. Williams, 62 F.3d 408, 412-415 (D.C. Cir. 1995).

WHEREFORE, this subpoena matter is properly removed from the Superior Court of the District of Columbia, to this Court.

> Respectfully submitted,
>
> /s/ Jeffrey A. Taylor
> JEFFREY A. TAYLOR, BAR # 498610
> United States Attorney
>
> /s/
> RUDOLPH CONTRERAS, Bar # 434122
> Assistant United States Attorney
>
> /s/
> BENTON G. PETERSON, Bar #1029849
> Assistant United States Attorney
> Judiciary Center Building
> 555 4th Street, N.W. Civil Division
> Washington, D.C. 20530
> (202) 514-7238 514-8780 (Facsimile)
> Benton.Peterson@usdoj.gov

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Criminal Division

| | |
|---|---|
| In Re Subpoena in <br><br> UNITED STATES <br><br> v. <br><br> RODNEY DOIBERRY | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Misc. No. 2008-CF2-18633 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

NOTICE OF FILING OF NOTICE OF REMOVAL OF SUBPOENA

To: Gustavo Gutierrez
PDSDC
633 Indiana Ave NW
Washington, D.C. 20004

PLEASE TAKE NOTE that on August 29, 2008, the United States Department of Defense filed with the Clerk of the United States District Court for the District of Columbia a Notice of Removal in the above captioned subpoena matter, pursuant to 28 U.S.C. §§ 1442(a)(1), and 1446. The Superior Court of the District of Columbia "shall proceed no further unless and until the case is remanded." See 28 U.S.C. § 1446(d). A copy of the Notice of Removal (and attachments) are attached hereto.

Respectfully Submitted,

JEFFREY A. TAYLOR, BAR # 498610
United States Attorney

RUDOLPH CONTRERAS, Bar # 434122
Assistant United States Attorney

BENTON G. PETERSON, Bar #1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.  Civil Division
Washington, D.C. 20530
(202) 514-7238 514-8780 (Facsimile)
Benton.Peterson@usdoj.gov

*In forma pauperis*

# Superior Court of the District of Columbia
## CRIMINAL DIVISION
## SUBPOENA
Duces Tecum

UNITED STATES
DISTRICT OF COLUMBIA

Case No. 2008-CF2-18633

vs.

Rodney Doibesry

To: Custodian of Records or Authorized Designate for the U.S. Department of Defense

**YOU ARE HEREBY COMMANDED:**

To appear before the Criminal Division room/courtroom Judge Hartnett of the Superior Court of the District of Columbia, 500 Indiana Avenue/Judiciary Center, 555 Fourth Street, N.W., Washington, D.C. on the 3rd day of September, 2008, at 9:30 a.m./p.m. as a witness for

☑ and bring with you Any and all employment records including but not limited to dates of employment, complaints, injury reports and circumstances of discharge for Ms. Bernadette Mahoney

and do not depart from the Court without leave thereof.

WITNESS, the Honorable Chief Judge of the Superior Court of the District of Columbia, and the seal of said Court this ____ day of _____, 20 ____.

_____   _____
Officer in Charge            District

Gustavo Gutierrez
Attorney for Government/(Defendant)
201 315 3664
Phone No. _____

Clerk, Superior Court of the District of Columbia

| Authorization as required by D.C. Code § 14-307 and *Brown v. U.S.*, 567 A. 2d 426 (D.C. 1989), is hereby given for issuance of subpoena for medical records. |
|---|
| Date / Judge |

**RETURN ON THIS SUBPOENA IS REQUIRED ON OR BEFORE THIS DATE:**

☐ I hereby certify that I have personally served, or have executed as shown in "REMARKS," the above subpoena on the individual at the address below.

| Name and Title of Individual Served | Address (If different than shown above) |
|---|---|
| Michael Pensule | 900 Defense Pentagon, DC |

☐ I hereby certify that, after diligent investigation, I am unable to locate the individuals, company, corporation, etc., named in above subpoena for the reason(s) as shown in "REMARKS."

| Date(s) of Endeavor | Date and Time of Service |
|---|---|
|  | August 28th, 2008, 1:03 pm |
| **REMARKS** | Signature of Title of Server |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Notice of Removal of a Subpoena, and Notice of Filing of Notice of Removal of a Subpoena and attachments has been made by mailing copies thereof to:

Gustavo Gutierrez
PDSDC
633 Indiana Ave NW
Washington, D.C. 20004

on September 2, 2008

BENTON G. PETERSON,
Assistant United States Attorney
